UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In the Matter of the Arbitration Between:* ) | |
| ) | |
| MICHAEL HELMSTADTER, d/b/a ) | |
| ALPHEIUS, and d/b/a ) | |
| AUCTIONMEASURES.COM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| and ) | MBD No. _____ |
| ) | |
| SELLATHON, INC., ) | **04**MBD **10189** |
| ) | |
| Respondent. ) | |

## NOTICE OF PETITION TO COMPEL ARBITRATION

PLEASE TAKE NOTICE that as stated in the annexed Petition To Compel

Arbitration, Michael Helmstadter, d/b/a Alpheius and d/b/a AuctionMeasures.com has

asked the United States District Court for the District of Massachusetts to issue an Order

compelling Sellathon, Inc. to arbitrate all of its claims against petitioner, in accordance

with the Federal Arbitration Act, *codified as*, 9 U.S.C.§ 1 *et seq.* Petitioner will request a

hearing on the Petition for the earliest available date after Wednesday July 14, 2004. The

Court is located at One Seaport Lane, Boston, Massachusetts.

This is your statutory notice as required by 9 U.S.C. § 4. Petitioner seeks an

Order directing Sellathon, Inc. to proceed with arbitration, as required by Sellathon,

Inc.'s Terms of Service agreement; or, in the event Sellathon, Inc. fails to arbitrate, to

allow the arbitration to proceed without respondent's participation, together with

whatever further or other relief that the Court deems appropriate.

Michael Helmstadter, d/b/a
Alpheius and d/b/a AuctionMeasures.com,

By his attorneys,


Paul D. Wilson, BBO No.
James M. Wodarski, BBO No. 627036
Mintz Levin Cohn Ferris Glovsky and
  Popeo PC
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: July 6, 2004.

2